AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolf, Mark L. | United States District Court District of Massachusetts | 05/12/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

1 Courthouse Way Suite 5110
Boston, MA 02210

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman Emeritus, Director | Albert Schweitzer Fellowship |
| 2. | Chair | John William Ward Fellowship |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | University of California - Irvine, Teaching | $3,000.00 |
| 2. | 2014 | Harvard University, Teaching | $20,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/28 | New York, NY | Dinner for the Federal Judiciary | Transportation, Food, Lodging |
| 2. | World Forum on Governance | 4/5-4/12 | Prague, Czech Republic | Educational Program | Transportation, Food, Lodging |
| 3. | World Economic Forum | 10/10-10/14 | Geneva, Switzerland | Educational Program | Transportation, Food, Lodging |
| 4. | CEELICentral Eastern European Legal Institute | 10/15-10/17 | Prague, Czech Republic | Educational Program | Transportation, Food, Lodging |
| 5. | Gerald Ford Museum | 10/19-10/20 | Grand Rapids, MI | Educational Program | Transportation, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/12/2015 |

| 6. | Department of State, Overseas Security Advisory Council | 11/17-11/19 | Washington, DC | Speaking Engagement | Transportation, Food, Lodging |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | B | Int./Div. | L | T | | | | | |
| 2. -iShares Barclays TIPS Bond Fund 2.898% | | | | | Buy (add'l) | 06/12/14 | J | | |
| 3. -Vanguard Bond Index Fund | | | | | Buy (add'l) | 06/12/14 | J | | |
| 4. -Vanguard Total Stock Market Index | | | | | | | | | |
| 5. -iShares MSCI Germany Index | | | | | Sold (part) | 02/18/14 | J | | |
| 6. | | | | | Sold (part) | 08/20/14 | J | | |
| 7. -DB Commodity Index | | | | | Buy (add'l) | 10/09/14 | J | | |
| 8. -Vanguard REIT | | | | | Buy (add'l) | 06/06/14 | J | | |
| 9. -Schwab Govt Money Fund | | | | | Buy (add'l) | 01/31/14 | J | | |
| 10. | | | | | Buy (add'l) | 02/03/14 | J | | |
| 11. -SPDR S&P 500 Fund | | | | | Sold (part) | 06/12/14 | J | | |
| 12. -PowerShares QQQ Trust, Series 1 | | | | | Sold (part) | 06/12/14 | J | | |
| 13. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 14. -Vanguard Emerging Markets Index | | | | | | | | | |
| 15. -Vanguard MSCI EAFE Index | | | | | | | | | |
| 16. -EGShares ETF Emerging Markets | | | | | | | | | |
| 17. -iShares AAA-A Rated Corporate Bond Fund | | | | | Buy (add'l) | 06/12/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -iShares Russell 2000 Index | | | | | Sold (part) | 02/06/14 | J | | |
| 19. -Vanguard Dividend Appreciation Index | | | | | Sold (part) | 02/06/14 | J | | |
| 20. | | | | | Buy (add'l) | 06/06/14 | J | | |
| 21. -SPDR Barclays 1-3 Yr US Corp Investment Grade | | | | | Buy (add'l) | 02/06/14 | J | | |
| 22. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 23. -Powershares S&P Low Volatility | | | | | | | | | |
| 24. -iShares Barclays 7-10 Year Treasury | | | | | Sold (part) | 06/06/14 | J | | |
| 25. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 26. -iShares Gold Trust | | | | | Buy (add'l) | 06/12/14 | J | | |
| 27. -Wisdom Tree Asia Local Market Debt Fund | | | | | Sold (part) | 04/16/14 | J | | |
| 28. - Wisdom Tree Brazilian Real Fund | | | | | Sold (part) | 01/27/14 | J | | |
| 29. | | | | | Sold | 07/10/14 | J | | |
| 30. - Wisdom Tree Japan Hedged Equity Fund | | | | | Sold (part) | 06/06/14 | J | | |
| 31. - iShares MSCI United Kingdom Index | | | | | Sold (part) | 10/09/14 | J | | |
| 32. - PIMCO 0-5 Yr High Yield Corp | | | | | Buy (add'l) | 02/06/14 | J | | |
| 33. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 34. | | | | | Sold (part) | 07/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Int'l Equity Global ex-US Real Estate | | | | | Buy (add'l) | 07/10/14 | J | | |
| 36. -Global X EFT Next Emerging & Frontier | | | | | Buy | 04/16/14 | J | | |
| 37. - iShares MSCI ETF India | | | | | Buy | 06/06/14 | J | | |
| 38. - Powershares DB Commdty Index | | | | | Buy | 06/12/14 | J | | |
| 39. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 40. - iShares MSCI HK EFT Hong Kong | | | | | Buy | 08/20/14 | J | | |
| 41. | | | | | | | | | |
| 42. IRA #2 | C | Int./Div. | M | T | | | | | |
| 43. -iShares Barclays TIPS Bond Fund 2.89% | | | | | | | | | |
| 44. -Vanguard Bond Index Fund | | | | | Buy (add'l) | 06/12/14 | J | | |
| 45. | | | | | Sold (part) | 10/23/14 | J | | |
| 46. -iShares MSCI Germany Index | | | | | Sold (part) | 02/12/14 | J | | |
| 47. | | | | | Sold (part) | 08/20/14 | J | | |
| 48. -DB Commodity Index | | | | | Buy (add'l) | 06/12/14 | J | | |
| 49. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 50. -Vanguard REIT Index | | | | | Buy (add'l) | 06/06/14 | J | | |
| 51. -Vanguard Total Stock Market | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Schwab Govt Money Fund | | | | | | | | | |
| 53. -PowerShares QQQ Trust, Series 1 | | | | | Sold (part) | 06/12/14 | J | | |
| 54. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 55. | | | | | Sold (part) | 10/23/14 | J | | |
| 56. -Vanguard Emerging Markets Index | | | | | | | | | |
| 57. -EGShares ETF Emerging Markets | | | | | | | | | |
| 58. -iShares AAA-A Rated Corporate Bond Fund | | | | | | | | | |
| 59. -iShares Russell 2000 Index | | | | | Sold (part) | 02/06/14 | J | | |
| 60. -SPDR Barclays 1-3 Yr US Corp Investment Grade | | | | | Buy (add'l) | 06/12/14 | J | | |
| 61. -Powershares S&P Low Volatility | | | | | Sold (part) | 10/23/14 | J | | |
| 62. -Wisdom Tree Brazilian Real Fund | | | | | Sold (part) | 01/27/14 | J | | |
| 63. -Wisdom Tree Japan Hedged Equity | | | | | Sold (part) | 06/06/14 | J | | |
| 64. | | | | | Sold (part) | 07/10/14 | J | | |
| 65. -iShares MSCI United Kingdom Index | | | | | Sold (part) | 10/09/14 | J | | |
| 66. -PIMCO 0-5 Yr High Yield Corp | | | | | Buy (add'l) | 02/06/14 | J | | |
| 67. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 68. | | | | | Sold (part) | 07/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -iShares Gold Trust | | | | | | | | | |
| 70. -iShares Barclays 7-10 Year Treasury | | | | | Buy (add'l) | 06/12/14 | J | | |
| 71. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 72. -Vanguard FTSE ETF Developed Markets | | | | | Buy (add'l) | 06/12/14 | J | | |
| 73. | | | | | Buy (add'l) | 10/23/14 | J | | |
| 74. -Vanguard Int'l Equity Global ex-US Real Estate | | | | | Buy (add'l) | 07/10/14 | J | | |
| 75. - iShares Tr Bond 1-3 Credit Bond EFT | | | | | Buy (add'l) | 02/06/14 | J | | |
| 76. | | | | | Sold (part) | 06/06/14 | J | | |
| 77. | | | | | | | | | |
| 78. - Global X ETF Next Emerging & Frpntier | | | | | Buy | 04/16/14 | J | | |
| 79. - iShares MSCI EFT India | | | | | Buy | 06/06/14 | J | | |
| 80. - Vanguard Div Appreciation | | | | | Buy | 06/06/14 | J | | |
| 81. - iShares MSCI HK EFT Hong Kong | | | | | Buy | 08/20/14 | J | | |
| 82. | | | | | | | | | |
| 83. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 84. iShares Barclays 1-3 Year Treasury Bond Fund | A | Dividend | J | T | Sold (part) | 06/04/14 | J | | |
| 85. iShares Barclays TIPS Bond Fund 5.298% | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SPDR Gold Trust | | None | J | T | | | | | |
| 87. Vanguard Dividend Appreciation Index | A | Dividend | J | T | | | | | |
| 88. Vanguard Bond Index Fund | A | Dividend | K | T | Sold (part) | 06/04/14 | J | | |
| 89. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 90. Vanguard Total Stock Market Index | A | Dividend | J | T | Sold (part) | 06/04/14 | J | | |
| 91. iShares 7-10 Year Treasury Bond Fund | A | Dividend | J | T | Buy (add'l) | 10/09/14 | J | | |
| 92. iShares MSCI Germany Index | A | Dividend | J | T | Sold (part) | 02/12/14 | J | | |
| 93. | | | | | Sold (part) | 06/04/14 | J | | |
| 94. | | | | | Sold (part) | 08/25/14 | J | | |
| 95. DB Powershares Commodity Index | | None | J | T | Buy (add'l) | 08/20/14 | J | | |
| 96. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 97. Ishares Gold Trust | | None | J | T | | | | | |
| 98. PIMCO Enhanced Short Maturity Strgy ETF | A | Dividend | J | T | | | | | |
| 99. Vanguard Dividend Appreciation | A | Dividend | K | T | Sold (part) | 02/06/14 | J | | |
| 100. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 101. Vanguard REIT Index | B | Dividend | K | T | Sold (part) | 06/04/14 | J | A | |
| 102. | | | | | Buy (add'l) | 06/12/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Schwab Government Money Fund | A | Interest | J | T | | | | | |
| 104. Wisdom Tree Asia Local Market Debt Fund (Y) | | | | | | | | | |
| 105. PowerShares QQQ Trust, Series 1 | A | Dividend | K | T | Sold (part) | 02/12/14 | J | | |
| 106. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 107. SPDR S&P 500 Fund | A | Dividend | K | T | Sold (part) | 06/04/14 | J | | |
| 108. SPDR Barclays Capital Short Term Corportate Bond | A | Dividend | K | T | | | | | |
| 109. iShares AAA-A Rated Corporate Bond Fund | A | Dividend | J | T | | | | | |
| 110. Powershares EFF Emerging Markets | A | Dividend | J | T | | | | | |
| 111. Guggenheim Enhanced Short Duration | A | Dividend | J | T | Sold (part) | 06/04/14 | J | | |
| 112. | | | | | Sold (part) | 10/09/14 | J | A | |
| 113. iShares Gold Trust | | None | J | T | | | | | |
| 114. Wisdom Tree Japan Hedged Equity | A | Dividend | J | T | Sold (part) | 06/04/14 | J | | |
| 115. | | | | | Sold (part) | 06/12/14 | J | | |
| 116. | | | | | Sold (part) | 07/10/14 | J | A | |
| 117. iShares MSCI EAFE Minimum Volatility | A | Dividend | J | T | Sold (part) | 06/12/14 | J | | |
| 118. iShares MSCI United Kingdom Index | A | Dividend | J | T | Sold (part) | 06/04/14 | J | | |
| 119. | | | | | Sold (part) | 10/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  iShares Floating Rate Note Fund | A | Dividend | J | T | Sold (part) | 06/12/14 | J | | |
| 121.  iShares Russell 2000 Index Fund | A | Dividend | J | T | Sold (part) | 02/06/14 | J | | |
| 122.  PIMCO EFT 0-5 Yr High Yield Corp | A | Dividend | J | T | Buy | 02/06/14 | J | | |
| 123. | | | | | Sold (part) | 07/10/14 | J | A | |
| 124.  SPDR Barclays ETF 1-3 US Corp | A | Dividend | J | T | Buy | 02/06/14 | J | | |
| 125. | | | | | Sold (part) | 06/12/14 | J | A | |
| 126.  iShares MSCI ETF India | A | Dividend | J | T | Buy | 06/12/14 | J | | |
| 127.  Vanguard Intl Eqty EFT | A | Dividend | J | T | Buy | 07/10/14 | J | | |
| 128.  iShares MSCI HK ETF Hong Kong | A | Dividend | J | T | Buy | 08/20/14 | J | | |
| 129. | | | | | | | | | |
| 130.  BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 131.  McDonald's Corp | B | Dividend | K | T | | | | | |
| 132.  Schwab Govt Money Fund | A | Interest | J | T | | | | | |
| 133. | | | | | | | | | |
| 134.  BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 135.  iShares Barclays TIPS Bond Fund 5.289% | A | Dividend | J | T | | | | | |
| 136.  Vanguard Bond Index Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Vanguard Total Stock Market Index | A | Dividend | J | T | | | | | |
| 138. iShares Barclays 7-10 Year Treasury Bond | A | Dividend | J | T | | | | | |
| 139. iShares MSCI Germany Index | A | Dividend | K | T | | | | | |
| 140. DB Powershares Commodity Index | A | Dividend | J | T | | | | | |
| 141. Vanguard Dividend Appreciation | A | Dividend | K | T | | | | | |
| 142. Vanguard REIT | A | Dividend | J | T | | | | | |
| 143. Schwab Govt Money Fund | A | Interest | J | T | | | | | |
| 144. SPDR S&P 500 Fund | A | Dividend | K | T | | | | | |
| 145. PowerShares QQQ Trust, Series 1 | A | Dividend | K | T | | | | | |
| 146. Vanguard Emerging Markets Index | A | Dividend | J | T | | | | | |
| 147. Vanguard MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 148. Wisdom Tree Asia Local Market Debt Fund | A | Dividend | J | T | | | | | |
| 149. EGShares ETF Emerging Markets | A | Dividend | J | T | | | | | |
| 150. iShares AAA-A Rated Corporate Bond Fund | A | Dividend | J | T | | | | | |
| 151. SPDR Barclays 1-3 Yr US Corp Investment Grade | A | Dividend | J | T | | | | | |
| 152. Powershares S&P Low Volatility | A | Dividend | J | T | | | | | |
| 153. iShares Russell 2000 Index | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Wisdom Tree Brazilian Real Fund | | None | J | T | | | | | |
| 155. Wisdom Tree Japan Hedged Equity | A | Dividend | K | T | | | | | |
| 156. iShares MSCI United Kingdom Index | A | Dividend | J | T | | | | | |
| 157. PIMCO 0-5 Yr High Yield Corp | A | Dividend | J | T | | | | | |
| 158. iShares Gold Trust | | None | J | T | | | | | |
| 159. Vanguard Int'l Equity Global ex-US Real Estate | A | Dividend | J | T | | | | | |
| 160. | | | | | | | | | |
| 161. BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 162. iShares Barclays 1-3 Year Treasury Bond | A | Dividend | J | T | | | | | |
| 163. iShares Barclays TIPS Bond Fund 5.298% | A | Dividend | J | T | | | | | |
| 164. SPDR Gold Trust | | None | J | T | | | | | |
| 165. Vanguard Bond Index Fund | A | Dividend | J | T | | | | | |
| 166. Vanguard Total Stock Market Index | A | Dividend | J | T | | | | | |
| 167. iShares Barclays 7-10 Year Treasury Bond | A | Dividend | J | T | | | | | |
| 168. iShares MSCI Germany Index | A | Dividend | J | T | | | | | |
| 169. DB Commodity Index | A | Dividend | J | T | | | | | |
| 170. PIMCO Enhanced Short Maturity Strgy ETFa | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wolf, Mark L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vanguard Dividend Appreciation | A | Dividend | J | T | | | | | |
| 172. Vanguard REIT Index | A | Dividend | J | T | | | | | |
| 173. Schwab Govt Money Fund | A | Interest | J | T | | | | | |
| 174. PowerShares QQQ Trust, Series 1 | A | Dividend | J | T | | | | | |
| 175. SPDR S&P 500 Fund | A | Dividend | J | T | | | | | |
| 176. SPDR Barclays Capital Short Term Corportate Bond | A | Dividend | J | T | | | | | |
| 177. iShares AAA-A Rated Corporate Bond Fund | A | Dividend | J | T | | | | | |
| 178. Guggenheim Enhanced Short Duration | A | Dividend | J | T | Sold (part) | 10/09/14 | J | | |
| 179. iShares Gold Trust | | None | J | T | | | | | |
| 180. Wisdom Tree Japan Hedged Equity | A | Dividend | J | T | | | | | |
| 181. MSCI EAFE Minimum Volatility | A | Dividend | J | T | | | | | |
| 182. MSCI United Kingdom Index | A | Dividend | J | T | | | | | |
| 183. iShares Floating Rate Note Fund | A | Dividend | J | T | | | | | |
| 184. iShares Russell 2000 | A | Dividend | J | T | | | | | |
| 185. | | | | | | | | | |
| 186. CHARLES SCHWAB MONEY MARKET ACCOUNT | | None | J | T | | | | | |
| 187. Fidelity USA | A | Dividend | M | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Bank of America (savings) | A | Interest | K | T | | | | | |
| 189.  Bank of America (checking) | A | Interest | K | T | | | | | |
| 190.  LILO, LLC (Limited Liability Corporation) | D | Dividend | M | U | | | | | |
| 191.  Citizens Bank (savings and checkings) | A | Interest | K | T | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2014, most of the assets owned by my wife and me were managed by Windhaven Investments ("Windhaven"). Windhaven provided the information in this Report concerning the assets it managed. That information is, to the best of my knowledge, correct.

I invest in what Windhaven calls "Funds," through which identical investments are made simultaneously for many investors. They are not mutual funds. Rather, various index shares are bought and sold for individual accounts at various times. Therefore, there are many transactions described in this Report which would not be required to be reported if we were invested in mutual funds which engaged in similar transactions.

I have not listed in Part VII the asset in my Relative's Personal Residence Trust in part because I had no beneficial interest in it and did not control the purchase, sale, or other disposition of the asset. The Trust has been terminated and, therefore, is not reported in Part I.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mark L. Wolf**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544